■ MARY SAIKLEY et al., Appellants, v. REHIL THOMAS et al., Respondents.— Judgment modified by striking therefrom the words "unreasonable neglect" and substituting therefor the word "failure", and as modified affirmed, without costs of this appeal to any party. All concur. (Appeal from order and/or judgment of Monroe Equity Term dismissing plaintiffs' complaint on the ground of unreasonable neglect to proceed, in an action to impress trust on realty.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ HOWARD KLEIN et al., Formerly Doing Business as KLEIN WEIL CHEVROLET, Appellants, v. CONTINENTAL CASUALTY COMPANY, Respondent.— Judgment and order reversed on the law, without costs of this appeal to any party, and declaratory judgment granted in favor of the defendant, without costs. Memorandum: Special Term reached the correct conclusion that the plaintiffs were not entitled to a declaration that the policy issued by defendant was in force at the time of the happening of the accident described in the complaint. It was error, however, to dismiss the complaint. The defendant having demanded in its answer a declaration that the policy did not cover the cause of action brought by a third party against the plaintiffs it was entitled to such a declaration upon the merits. (Cf. *Hoffman* v. *City of Syracuse*, 2 A D 2d, 653, mod. 2 N Y 2d 484.) All concur. (Appeal from order and judgment of Erie Special Term denying plaintiffs' motion for summary judgment and granting defendant's cross motion to dismiss complaint, in an action under a liability insurance policy.) Present — McCurn, P. J., Kimball, Williams and Bastow, JJ.

■ ALVIN HUSAREK, Respondent, v. FRANK J. COON et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams and Bastow, JJ.

■ MICHAEL P. MAULUCCI, Respondent, v. JOHN E. ENNEY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $8,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: On the present record it is our opinion that the verdict of the jury was excessive. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE SWANSON, Appellant.— Judgment of conviction affirmed. All concur, Kimball, J., not participating. (Appeal from a judgment of Herkimer County Court convicting defendant of violation of section 483-b of the Penal Law [he having previously been convicted of violation of section 483 of the Penal Law,] and of violation of section 483 of the Penal Law, a misdemeanor.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.